# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00656-CV

**In re Garet Johnson**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Garet Johnson filed a petition for writ of mandamus, seeking to compel the trial court to issue written findings in connection with the court's denial of his application for writ of habeas corpus pursuant to article 11.072 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. art. 11.072. We have since received a response from the State, the real party in interest, which included a file-marked copy of the trial court's order denying habeas relief reflecting that the trial court has taken the requested action.

Accordingly, the petition for writ of mandamus is dismissed as moot.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Filed:   October 16, 2013